FILED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 7/19/01
BY [signature]

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| SETH A. BECKER | * | CIVIL ACTION NO. 99-1198 |
| VERSUS | * | JUDGE HAIK |
| TIDEWATER, INC., BAKER HUGHES, INC., R&B FALCON DRILLING USA, INC., AND CLIFFS DRILLING COMPANY, ETAL | * | MAGISTRATE JUDGE TYNES |

## Verdict Form

1. Do you find that the unseaworthy condition of the Republic Tide played a substantial part in bringing about the plaintiff's injuries?

   ✓ Yes OR ______ No

2. Do you find that Baker Oil Tools, Inc, A Division of Baker Hughes Oilfield Operations, Inc. was negligent as defined under the Jones Act and that such negligence was a cause in whole or in part of the plaintiff's injuries?

   ✓ Yes OR ______ No

3. Do you find that Tidewater Marine, L.L.C. was negligent under the General Maritime Law and that such negligence was a proximate cause of the plaintiff's injuries?

   ✓ Yes OR ______ No

4. Do you find that R&B Falcon Drilling USA, Inc. was negligent under the general maritime law and that such negligence was a proximate cause of the plaintiff's injuries?

   ✓ Yes OR ______ No

5. Do you find that the product Coflexip manufactured was a defective product when it left the control of Coflexip Stena Offshore, Inc., and that such defect was a proximate cause of plaintiff's injuries?

   ______ Yes OR ✓ No



409

6. Do you find that the product Hydradyne manufactured was a defective product when it left the control of Hydradyne Hydraulics, Inc., and such defect was a proximate cause of plaintiff's injury?

_______Yes OR ___✓___No

7. Do you find that the product manufactured by HydraRig was a defective product when it left the control of HydraRig, A Division of Tuboscope Vetco International and such defect was a proximate cause of plaintiff's injuries?

_______Yes OR ___✓___No

8. Assuming that 100% represents the total possible amount of the Parties' liability in causing the plaintiff's damage, what percentage of this 100% is allocated to each party that you have found liable in any of the preceding questions? If you have found any party free from fault that was a proximate cause of Seth Becker's injuries, place "0" for that innocent party's percentage below.

| | | |
|---|---|---|
| Answer: | Baker Oil Tools, Inc., A Division of Baker Hughes Oilfield Operations, Inc. .......................................... | 65 % |
| Answer: | Tidewater Marine LLC............................................ | 30 % |
| Answer: | R&B Falcon Drilling USA, Inc.................................... | 5 % |
| Answer: | Coflexip Stena Offshore.......................................... | 0 % |
| Answer: | HydraRig, a Division of Tuboscope Vetco International ............................................ | 0 % |
| Answer: | Hydradyne Hydraulics Inc. .................................. | 0 % |
| | | 100 % |

9. State the amount of damages you award the plaintiff for each of the items listed:

Past Medical Expenses (Stipulated)................... $ 487, 920.48

Future Medical and Life Care Expenses............. $ 11,000,000.00

Lost Income to Date......................................... $ 56,000.00

Impairment of Earning Capacity or ability in the future, including impairment in the normal progress in plaintiff's earning capacity due to his physical or mental condition......................... $ 3,000,000.00

Past physical pain and suffering, including physical disability and impairment, past loss of enjoyment of life and inconvenience on the normal pursuits and pleasures of life to date.................................... $ 5,000,000.00

Future physical pain and suffering, including physical disability and impairment, future loss of enjoyment of life and the effects of the injuries and inconvenience on the normal pursuits and pleasures of life............................. $ 6,000,000.00

Past mental anguish and suffering, as well as feelings of economic insecurity caused by disability......................................................... $ 5,000,000.00

Future mental anguish and suffering, as well as feelings of economic insecurity caused by disability........................................................ $ 6,000,000.00

Disfigurement and scarring........................... $ 7,000,000.00

This verdict is the unanimous verdict of the jury on the 19 day of July, 2001.

Tina Webre
Foreman