FILED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 7/19/01
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| SETH A. BECKER | * | CIVIL ACTION NO. 99-1198 |
| VERSUS | * | JUDGE SHAW |
| TIDEWATER INC., ET AL | * | MAGISTRATE JUDGE TYNES<br>JURY DEMAND |

---

## VERDICT FORM ON SEAMAN STATUS

1. Do you find Seth Becker was a seaman?

✓ Yes or ______ No

This verdict is the unanimous verdict of the jury on the 19 day of July, 2001.

Jury Foreperson

410