RECEIVED
IN LAFAYETTE, LA
AUG 15 2001
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

FILED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 8/27/01
BY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| SETH A. BECKER | * | CIVIL ACTION NO. 99-1198 |
| VERSUS | * | JUDGE HAIK |
| TIDEWATER, INC., BAKER HUGHES, INC., R&B FALCON DRILLING USA, INC., CLIFFS DRILLING COMPANY AND TWENTY GRAND OFFSHORE, INC. | * | MAGISTRATE JUDGE TYNES |

# JUDGMENT

**THIS ACTION came on for trial before the Court and a jury, the Honorable Richard Haik, presiding, and the issues having been duly tried and the jury having duly rendered its unanimous verdict finding the following:**

1. **Seth Becker, the plaintiff, is a seaman under the Jones Act.**
2. **The M/V Republic Tide's unseaworthy condition played a substantial part in bringing about the plaintiff's injuries.**
3. **Baker Oil Tools, A Division of Baker Hughes Oilfield Operations, Inc. was negligent as defined under the Jones Act and that such negligence was a cause in whole or in part of the plaintiff's injuries.**
4. **Tidewater Marine, L.L.C. was negligent under the General Maritime Law and that such negligence was a proximate cause of the plaintiff's injuries.**
5. **R&B Falcon Drilling USA, Inc. was negligent under the General Maritime Law and that such negligence was a proximate cause of the**



426/430

SCANNED

**plaintiff's injuries.**

6. **Coflexip Stena Offshore, Inc. did not manufacture a defective product.**

7. **Hydradyne Hydraulics, Inc. did not manufacture a defective product.**

8. **Hydrarig, A Division of Tuboscope Vetco International did not manufacture a defective product.**

**FURTHERMORE, the jury rendered its verdict finding the following:**

1. **Baker Oil Tools, A Division of Baker Hughes Oilfield Operations, Inc. is 65% at fault in causing the accident.**

2. **Tidewater Marine, L.L.C. is 30% at fault in causing the accident.**

3. **R&B Falcon Drilling USA, Inc. is 5% at fault in causing the accident.**

4. **Coflexip Stena Offshore, Inc. is 0% at fault in causing the accident.**

5. **Hydrarig, a Division of Tuboscope Vetco International is 0% at fault in causing the accident.**

6. **Hydradyne Hydraulics is 0% at fault in causing the accident.**

**FURTHERMORE, the jury rendered its verdict awarding the following itemized damages:**

| | | |
|---|---|---|
| **Past Medical Expenses (stipulated)** | **$** | **487,920.48** |
| **Future Medical Expenses** | **$** | **11,000,000.00** |
| **Past Lost Wages** | **$** | **56,000.00** |

| | | |
|---|---|---|
| **Impairment of Earning Capacity or ability in the future, including impairment in the normal progress of plaintiff's earning capacity due to his physical or mental condition** | **$** | **3,000,000.00** |
| **Past physical pain and suffering, including physical disability and impairment, past loss of enjoyment of life and inconvenience on the normal pursuits and pleasures of life** | **$** | **5,000,000.00** |
| **Future physical pain and suffering, including physical disability and impairment, future loss of enjoyment of life and the effects of the injuries and inconvenience on the normal pursuits and pleasures of life** | **$** | **6,000,000.00** |
| **Past mental anguish and suffering, as well as feelings of economic insecurity caused by disability** | **$** | **5,000,000.00** |
| **Future mental anguish and suffering, as well as feelings of economic insecurity caused by disability** | **$** | **6,000,000.00** |
| **Disfigurement & Scarring** | **$** | **7,000,000.00** |

**and in response to the findings of the jury, the Court enters judgment as follows:**

**A. IT IS ORDERED, ADJUDGED AND DECREED that:**

**1 Seth Becker, the plaintiff, is a seaman under the Jones Act.**

**2. The M/V Republic Tide's unseaworthy condition played a substantial part in bringing about the plaintiff's injuries.**

**3. Baker Oil Tools, A Division of Baker Hughes Oilfield Operations, Inc. was negligent as defined under the Jones Act and that such negligence**

**was a cause in whole or in part of the plaintiff's injuries.**

4. **Tidewater Marine, L.L.C. was negligent under the General Maritime Law and that such negligence was a proximate cause of the plaintiff's injuries.**
5. **R&B Falcon Drilling USA, Inc. was negligent under the General Maritime Law and that such negligence was a proximate cause of the plaintiff's injuries.**
6. **Coflexip Stena Offshore, Inc. did not manufacture a defective product.**
7. **Hydradyne Hydraulics, Inc. did not manufacture a defective product.**
8. **Hydrarig, A Division of Tuboscope Vetco International did not manufacture a defective product.**

**B. FURTHERMORE, IT IS ORDERED, ADJUDGED AND DECREED the defendants' percentage of fault is allocated as follows:**

1. **Baker Oil Tools, A Division of Baker Hughes Oilfield Operations, Inc. is 65% at fault in causing the accident.**
2. **Tidewater Marine, L.L.C. is 30% at fault in causing the accident.**
3. **R&B Falcon Drilling USA, Inc. is 5% at fault in causing the accident.**
4. **Coflexip Stena Offshore, Inc. is 0% at fault in causing the accident.**
5. **Hydrarig, a Division of Tuboscope Vetco International is 0% at fault in causing the accident.**
6. **Hydradyne Hydraulics is 0% at fault in causing the accident.**

C. **FURTHERMORE, IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff, Seth Becker, is entitled to the following damage award:**

| | | |
|---|---|---|
| **Past Medical Expenses (stipulated)** | **$** | **487,920.48** |
| **Future Medical Expenses** | **$** | **11,000,000.00** |
| **Past Lost Wages** | **$** | **56,000.00** |
| **Impairment of Earning Capacity or ability in the future, including impairment in the normal progress of plaintiff's earning capacity due to his physical or mental condition** | **$** | **3,000,000.00** |
| **Past physical pain and suffering, including physical disability and impairment, past loss of enjoyment of life and inconvenience on the normal pursuits and pleasures of life** | **$** | **5,000,000.00** |
| **Future physical pain and suffering, including physical disability and impairment, future loss of enjoyment of life and the effects of the injuries and inconvenience on the normal pursuits and pleasures of life** | **$** | **6,000,000.00** |
| **Past mental anguish and suffering, as well as feelings of economic insecurity caused by disability** | **$** | **5,000,000.00** |
| **Future mental anguish and suffering, as well as feelings of economic insecurity caused by disability** | **$** | **6,000,000.00** |
| **Disfigurement & Scarring** | **$** | **7,000,000.00** |

**IT IS ORDERED, ADJUDGED AND DECREED, that judgment be entered in favor of Seth Becker and against Baker Oil Tools, A Division of Baker Hughes Oilfield Operations, Inc., R&B Falcon Drilling U.S.A. Inc., and Tidewater Marine, L.L.C. and the insurers of Tidewater Marine, L.L.C., Pental Insurance Co. Ltd. and Certain Underwriters**

**at Lloyd's Subscribing to Risk No. LE010620O, not to exceed the limits of the respective insurance policies, jointly and severally for past medical expenses in the amount of $487,920,48. However, as Plaintiff is a seaman and this amount has been previously paid by Baker Oil Tools, A Division of Baker Hughes Oilfield Operations, Inc. and/or Reliance National Insurance Company on its behalf, this portion of this judgment has been satisfied.**

**IT IS THEREFORE FURTHER ORDERED, ADJUDGED AND DECREED, that Judgment be entered in favor of plaintiff, SETH BECKER, and against defendants, jointly and severally, Baker Oil Tools, A Division of Baker Hughes Oilfield Operations, Inc., R&B Falcon Drilling U.S.A. Inc., and Tidewater Marine, L.L.C. and the insurers of Tidewater Marine, L.L.C., Pental Insurance Co. Ltd. and Certain Underwriters at Lloyd's, Subscribing to Risk No. LE010620O, not to exceed the limits of the respective insurance policies, for the additional sum of FORTY -THREE MILLION FIFTY-SIX THOUSAND & 00/100 ($43,056,000.00) DOLLARS, plus cost of these proceedings.**

**The Court also awards prejudgment interest from the date of the accident, June 8, 1999, relative to damages for past losses allocated to Tidewater Marine L.L.C. and R&B Falcon Drilling USA, Inc., to date of entry of judgment; and post-judgment interest on the entire judgment until payment in full of this judgment.**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED that (as stipulated to the Court) Seth Becker has not reached maximum medical improvement.**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Energy Resource Technology, Inc. (which was dismissed during trial pursuant to F.R.C.P. Art. 50) is granted judgment over and against Baker Oil Tools, A Division of Baker Hughes Oilfield Operations, Inc., obligating Baker Oil Tools, A Division of Baker Hughes Oilfield**

**Operations, Inc. to defend, indemnify and hold harmless Energy Resource Technology, Inc. and to reimburse Energy Resource Technology, Inc. for all costs, expenses and attorney's fees incurred in defense of the claims of Seth Becker.**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Tidewater Inc., Tidewater Marine L.L.C., and Twenty Grand Offshore, Inc. and their underwriters, Pental Insurance Co. Ltd. and Certain Underwriters at Lloyd's, Subscribing to Risk No. LE010620O, are granted judgment over and against Baker Oil Tools, A Division of Baker Hugshes Oilfield Operations, Inc., obligating Baker Oil Tools, A Division of Baker Hughes Oilfield Operations, Inc. to defend, indemnify, and hold harmless Tidewater Inc., Tidewater Marine L.L.C., and Twenty Grand Offshore Inc. and their underwriters, Pental Insurance Co. Ltd. and Certain Underwriters at Lloyd's, Subscribing to Risk No. LE010620O, from any and all liability to Seth Becker, including those amounts set forth herein, and to reimburse Tidewater Inc., Tidewater Marine, L.L.C., and Twenty Grand Offshore Inc., and their underwriters, Pental Insurance Co. Ltd. and Certain Underwriters at Lloyd's, Subscribing to Risk No. LE010620O, for all costs, expenses, and attorneys' fees incurred in defense of the claims of Seth Becker.**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Baker Oil Tools, A Division of Baker Hughes Oilfield Operations, Inc. is entitled to a credit of FOUR HUNDRED EIGHTY SEVEN NINE HUNDRED TWENTY DOLLARS AND 48/100 ($487,920.48) DOLLARS against the past medical portion of the award, which reflects payment to date by or on behalf of Baker of such $487,920.48 prior to trial. Baker Oil Tools, A Division of Baker Hughes Oilfield Operations, Inc. shall also be given a credit against the future medical portion of the award for any additional medical/cure payments**

**made to or on behalf of Seth Becker by Baker Oil Tools, A Division of Baker Hughes Oilfield Operations, Inc. until this judgment is paid in full. Additionally, Baker Oil Tools, A Division of Baker Hughes Oilfield Operations, Inc. is entitled to a credit of THIRTY-FIVE THOUSAND TWO HUNDRED ONE & 10/100 ($35,201.10) DOLLARS against the past wage loss award which evidences the amount of maintenance paid to Seth Becker to date. Baker Oil Tools, A Division of Baker Hughes Oilfield Operations, Inc. shall also be given a credit against the future wage loss award for any additional maintenance payments made by Baker Oil Tools, A Division of Baker Hughes Oilfield Operations, Inc. to Seth Becker until this judgment is paid in full.**

**JUDGMENT RENDERED AND SIGNED, THIS** 24th **DAY OF** August**, 2001.**

Richard T. Haik

**U.S. DISTRICT JUDGE RICHARD T. HAIK**

JUDGMENT ENTERED 8-28-01
BY Anita B. Roary
COPY Roy
Laborde
Galloway
Arcis
Flint
Sartin
Polity
Longman
Theunissen
Cowart